UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NUMBER: 1:23-MJ-00318 |

COLBY PURKEL,
   Defendant.

## NOTICE OF APPEARANCE

  The above captioned case has been assigned to Assistant Federal Public Defender Annalisa Mirón. Please send all notices and inquiries to this attorney at the address listed.

  Respectfully submitted, this 7th day of December, 2023.

        CLAUDE J. KELLY
        Federal Public Defender
        EASTERN DISTRICT OF LOUISIANA


        /s/Annalisa Mirón
        ANNALISA MIRÓN
        Assistant Federal Public Defender
        Eastern District of Louisiana
        500 Poydras Street, Suite 318
        New Orleans, Louisiana 70130
        Telephone: (504) 589-7930
        LA Bar #36913
        e-mail: annalisa_miron@fd.org